UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS          :
LIABILITY LITIGATION (NO. VI)     :    Civil Action No. MDL-875

This Document Relates To:

UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH F. LAWLER                  :
                                  :    FILED
vs.                               :    Civil Action No. 91-4255
                                  :    MAR - 3 2009
OWENS-CORNING FIBERGLAS, et al.   :    MICHAEL E. KUNZ, Clerk
                                       By_____ Dep. Clerk

## ORDER TO DISMISS CLAIM WITHOUT PREJUDICE
## PURSUANT TO GIFFEAR

Plaintiff hereby submits to the Court, in accordance with this Court's Administrative Order No. 12 (5c), that the only remaining claims in this action be dismissed without prejudice pursuant to Giffear. Simultaneous with the submittal of this Order, notice is being given to the remaining open defendants, allowing each thirty (30) days to object to plaintiffs requested relief. This Order shall become final after thirty (30) days, if no objections are filed.

SUBMITTED BY:                          SO ORDERED:

_____ (2/17/09)           _____ J.
EDWARD M. NASS, ESQUIRE                EDUARDO C. ROBRENO
Howard, Brenner & Nass, P.C.           ( 2 / 19 / 09 )
1608 Walnut Street, Suite 700
Philadelphia, PA 19103
(215) 546-8200